IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Williamsport Division*

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION, LLC,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>1.01 ACRES, MORE OR LESS  )<br>IN PENN TOWNSHIP, YORK COUNTY,  )<br>PENNSYLVANIA, *et al.*  )<br>  )<br>  Defendants.  )<br>_____ ) | Civil Action No.<br>4:13-cv-00778-MWB |

**PLAINTIFF COLUMBIA GAS TRANSMISSION, LLC'S REQUEST FOR HEARING ON ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR IMMEDIATE POSSESSION OF THE EASEMENTS**

Plaintiff Columbia Gas Transmission, LLC ("Columbia Gas"), by and through counsel, hereby requests a hearing on its Motion for Partial Summary Judgment and For Immediate Possession of the Easements at a date and time to be determined by this Court.

Dated: May 24, 2013

Respectfully submitted,

**COLUMBIA GAS TRANSMISSION, LLC**

By Counsel

/s/ Courtney S. Schorr
Erin N. Fischer
PA Bar No. 93155
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222-3142
P: 412-667-7919
F: 412-667-7974
E-Mail: efischer@mcguirewoods.com

*Of Counsel:*
M. Melissa Glassman (VA Bar No. 27526)
(admitted *pro hac vice*)
John D. Wilburn (VA Bar No. 41141)
(admitted *pro hac vice*)
Courtney S. Schorr (VA Bar No. 65971)
(admitted *pro hac vice*)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia 22102
P: 703-712-5000
F: 703-712-5050
E-mail: mglassman@mcguirewoods.com
E-mail: jwilburn@mcguirewoods.com
E-mail: cschorr@mcguirewoods.com

*Counsel for Plaintiff*
*Columbia Gas Transmission, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of May, 2013 a true copy of the foregoing Plaintiff Columbia Gas Transmission, LLC's Request for Hearing on its Motion for Partial Summary Judgment and for Immediate Possession of the Easements was filed electronically and served via first-class mail on:

>Dwayne P. Brown
>Ann M. Brown
>78 Sumac Drive
>Hanover, PA  17331
>*Defendants*

>  /s/ Courtney S. Schorr
> Courtney S. Schorr
> McGuireWoods LLP
> 1750 Tysons Boulevard, Suite 1800
> Tysons Corner, Virginia 22102
> P: 703-712-5000
> F: 703-712-5050
> E-mail: cschorr@mcguirewoods.com

48221907_1