IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION, LLC, : Plaintiff : : v. : : 1.01 ACRES, MORE OR LESS IN PENN TOWNSHIP, YORK COUNTY, PENNSYLVANIA, LOCATED ON TAX ID# 440002800150000000, OWNED BY DWAYNE P. BROWN AND ANN M. BROWN, et al., : :  Defendants. | Case No. 4:13-cv-00778  (Judge Brann) |
| COLUMBIA GAS TRANSMISSION, LLC, : Plaintiff : : v. : : 101 ACRES, AND 41,342 SQ. FT. MORE OR LESS IN HEIDELBERG TOWNSHIP, YORK COUNTY, PENNSYLVANIA, LOCATED ON TAX ID# 30000EE01600000000, OWNED BY BRADLEY E. HERR AND ELIZABETH M. HERR, et al., : :  Defendants. | Case No. 4:13-cv-00783  (Judge Brann) |

|  |  |  |
|---|---|---|
| COLUMBIA GAS TRANSMISSION, LLC, | : : : | Case No. 4:13-cv-00785 |
| Plaintiff | : : | |
|  | : | (Judge Brann) |
| v. | : : | |
| 1.5561 ACRES, MORE OR LESS IN HEIDELBERG TOWNSHIP, YORK COUNTY, PENNSYLVANIA, LOCATED ON TAX ID# 30000ED010300000000, OWNED BY MYRON A. HERR AND MARY JO HERR, et al., | : : : : : : : : | |
| Defendants. | : : | |
| COLUMBIA GAS TRANSMISSION, LLC, | : : : | Case No. 4:13-cv-00786 |
| Plaintiff | : : | |
|  | : | (Judge Brann) |
| v. | : : | |
| 1.010 ACRES, MORE OR LESS IN PENN TOWNSHIP, YORK COUNTY, PENNSYLVANIA, LOCATED ON TAX ID# 44000280024000000, OWNED BY DOUGLAS W. HILYARD AND TESSA J. HILYARD, et al., | : : : : : : : : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 15th day of November, 2013, in light of:

1. The Court's Memorandum and Order of October 24, 2013 denying the

motions of plaintiff Columbia Gas Transmission, LLC for partial summary judgment;

2. A November 5, 2013 status conference between the parties and the Court at which it was agreed that the analysis underlying the Court's October 24, 2013 Memorandum supports a decision to grant summary judgment in favor of the respective defendants;

it is hereby ORDERED:

1. The motion of defendants for summary judgment in 4:13-cv-00778 (ECF No. 20) is GRANTED; defendants's motion at ECF No. 28 is DENIED as moot; final judgment is entered in favor of defendants and against plaintiff; the Clerk of Court is directed to close the case file.

2. The motion of defendants to set aside default in 4:13-cv-00783 (ECF No. 25) is GRANTED; defendants's motion for summary judgment (ECF No. 28) is GRANTED; all other pending motions (ECF Nos. 16, 19, 23) are DENIED as moot; final judgment is entered in favor of defendants and against plaintiff; the Clerk of Court is directed to close the case file.

3. The motion of defendants for summary judgment in 4:13-cv-00785 (ECF No. 23) is GRANTED; defendants's motion at ECF No. 30 is DENIED as moot; final judgment is entered in favor of defendants and against plaintiff; the Clerk of Court is directed to close the case file.

4. The motion of defendants for summary judgment in 4:13-cv-00786 (ECF No. 23) is GRANTED; defendants's motion at ECF No. 29 is DENIED as moot; final judgment is entered in favor of defendants and against plaintiff; the Clerk of Court is directed to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge