AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| Columbia Gas Transmission, LLC )<br>*Plaintiffs* )<br>v. )<br>1.01 Acres, More or Less in Penn Township, York, County, PA, )<br>et al., )<br>*Defendants* ) | Civil Action No.    3:13-CV-00778<br><br>(Judge Brann) |

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

x other: The motion of defendants for summary judgment (ECF No. 20) is GRANTED; final judgment is entered in favor of defendants and against plaintiff; the Clerk of Court is directed to close the case file.

This action was *(check one)*:
☐ tried by a jury with Judge or Magistrate Judge   Matthew W. Brann   presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

x decided by Judge or Magistrate Judge   United States District Judge Matthew W. Brann   on a motion for for summary judgment. Defendants' motion for summary judgment (ECF No. 20) is GRANTED; final judgment is entered in favor of defendants and against plaintiff. The Clerk is directed to close the file. (Order of 11/15/2013, ECF No. 42).

Date:   Nov 15, 2013

ACTING CLERK OF COURT, GARY L. HOLLINGER

s/Kathy A. McLaughlin, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

**FILED**
**WILLIAMSPORT**

NOV 15 2013

PER _____
**DEPUTY CLERK**