IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Williamsport Division*

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>1.01 ACRES MORE OR LESS IN PENN TOWNSHIP, YORK COUNTY, PENNSYLVANIA, *et al.*,<br><br>    Defendants. | Civil Action # 4:13-cv-00778-MWB |

## NOTICE OF APPEAL

Plaintiff Columbia Gas Transmission, LLC, by its undersigned counsel, gives notice of its appeal to the United States Court of Appeals for the Third Circuit from the Order entered in this action on October 24, 2013 (ECF No. 39) and from the Order entered in this action on November 15, 2013 (ECF No. 42), as well as from all other adverse rulings in this case.

Dated:  November 15, 2013        Respectfully submitted,

**COLUMBIA GAS TRANSMISSION, LLC**

By Counsel

    /s/ John D. Wilburn
Erin N. Fischer
PA Bar No. 93155
McGuireWoods LLP

1

625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222-3142
P: 412-667-7919
F: 412-667-7974
E-Mail: efischer@mcguirewoods.com

*Of Counsel:*
M. Melissa Glassman (VA Bar No. 27526)
(admitted *pro hac vice*)
John D. Wilburn (VA Bar No. 41141)
(admitted *pro hac vice*)
Courtney S. Schorr (VA Bar No. 65971)
(admitted *pro hac vice*)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia 22102
P: 703-712-5000
F: 703-712-5050
E-mail: mglassman@mcguirewoods.com
E-mail: jwilburn@mcguirewoods.com
E-mail: cschorr@mcguirewoods.com

*Counsel for Plaintiff*
*Columbia Gas Transmission, LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 15th day of November, 2013 a true copy of the foregoing Notice of Appeal was filed electronically and thereby served on:

          Michael F. Faherty, Esquire
          225 Market Street, Suite 304
          P. O. Box 1245
          Harrisburg, PA 17108-1245
          *Counsel for Defendants*

          /s/ John D. Wilburn
          John D. Wilburn
          McGuireWoods LLP
          1750 Tysons Boulevard, Suite 1800
          Tysons Corner, Virginia 22102
          P: 703-712-5000
          F: 703-712-5050
          E-mail: jwilburn@mcguirewoods.com