IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Williamsport Division*

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>1.01 ACRES, MORE OR LESS IN PENN TOWNSHIP, YORK COUNTY, PENNSYLVANIA, et al.,<br><br>　　Defendants. | Civil Action # 4:13-CV-00778-MWB |

## PLAINTIFF'S RULE 59(E) MOTION TO ALTER, AMEND, AND/OR RECONSIDER JUDGMENT

Plaintiff Columbia Gas Transmission, LLC, by counsel and pursuant to Fed. R. Civ. Pro. 59(e), moves this Court to alter, amend, and/or reconsider the judgment entered on November 15, 2013. The grounds in support of this Motion are set forth in the Memorandum of Law filed contemporaneously herewith.

Dated: December 13, 2013　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**COLUMBIA GAS TRANSMISSION, LLC**

　　　　　　　　　　　　　　　　By Counsel

　　　　　　　　　　　　　　　　　/s/ John D. Wilburn
　　　　　　　　　　　　　　　　Erin N. Fischer
　　　　　　　　　　　　　　　　PA Bar No. 93155
　　　　　　　　　　　　　　　　McGuireWoods LLP

1

625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222-3142
P: 412-667-7919
F: 412-667-7974
E-Mail:  efischer@mcguirewoods.com

*Of Counsel:*
M. Melissa Glassman (VA Bar No. 27526)
(admitted *pro hac vice*)
John D. Wilburn (VA Bar No. 41141)
(admitted *pro hac vice*)
Courtney S. Schorr (VA Bar No. 65971)
(admitted *pro hac vice*)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia  22102
P: 703-712-5000
F: 703-712-5050
E-mail:  mglassman@mcguirewoods.com
E-mail:  jwilburn@mcguirewoods.com
E-mail:  cschorr@mcguirewoods.com

*Counsel for Plaintiff*
*Columbia Gas Transmission, LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 13th day of December, 2013 a true copy of the foregoing Plaintiff's Rule 59(e) Motion to Alter, Amend, and/or Reconsider Judgment was filed electronically and thereby served on:

        Michael F. Faherty, Esquire
        225 Market Street, Suite 304
        P. O. Box 1245
        Harrisburg, PA 17108-1245
        *Counsel for Defendants*

        /s/ John D. Wilburn
        John D. Wilburn
        McGuireWoods LLP
        1750 Tysons Boulevard, Suite 1800
        Tysons Corner, Virginia  22102
        P: 703-712-5000
        F: 703-712-5050
        E-mail:  jwilburn@mcguirewoods.com