McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
Tysons Corner, VA 22102-4215
Phone: 703.712.5000
Fax: 703.712.5050
www.mcguirewoods.com

John D. Wilburn
Direct: 703.712.5372

**McGUIREWOODS**

jwilburn@mcguirewoods.com
Fax: 703.712.5230

December 13, 2013

The Honorable Matthew W. Brann
U.S. District Court for the Middle District of Pennsylvania
U.S. Courthouse and Federal Office Building
240 West Third Street
Suite 218
Williamsport, PA  17701

Re: Columbia Gas Transmission, LLC v. 1.01 Acres, more or less in Penn Township, owned by Dwayne P. Brown and Ann Brown, Case No. 4:13-cv-00778

Dear Judge Brann:

Columbia submits this letter in connection with the Rule 59(e) Motion to Alter, Amend, and/or Reconsider Judgment ("Motion"), filed contemporaneously herewith. Given the time-sensitive nature of Columbia's replacement project, Columbia respectfully requests an expedited ruling on Columbia's Motion, either on the papers or following a hearing if the Court deems one necessary. Your prompt consideration of this matter is greatly appreciated.

Sincerely,

John D. Wilburn / APC

John D. Wilburn

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Houston | Jacksonville | London
Los Angeles | New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington