IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION LINE, LLC, | ) )  Case No.: 4:13-cv-00778-MWB |
| Plaintiffs | ) ) Hon. Matthew W. Brann |
| v. | ) ) |
| 1.01 ACRES, MORE OR LESS IN PENN TOWNSHIP, YORK COUNTY, PENNSYLVANIA, LOCATED ON TAX ID # 44000280015000000, OWNED BY DWAYNE P. BROWN AND ANN M. BROWN | ) ) ) ) ) ) ) ) |
| DWAYNE P. BROWN 78 Sumac Drive Hanover, PA 17331 | ) ) ) ) |
| and | ) ) |
| ANN M. BROWN 78 Sumac Drive Hanover, PA 17331 | ) ) ) ) |
| Defendants | ) (Electronically Filed) ) |

## DEFENDANTS' ANSWER TO PLAINTIFF'S RULED 59(E) MOTION TO ALTER, AMEND, AND/OR RECONSIDER JUDGMENT

Defendants, Dwayne P. Brown and Ann M. Brown, by counsel and pursuant to Fed. R. Civ. Pro. 59(e), answers the Plaintiff's Motion by requesting this Court to reaffirm the judgment it entered on November 15, 2013. The grounds in support

of this Answer are set forth in the Memorandum of Law filed contemporaneously herewith.

          Respectfully submitted,

          Lavery Faherty Patterson

DATE: *12/31/2013*      By: */s/Michael F. Faherty, Esquire*

          Michael F. Faherty, Esquire
          Atty No. 55860
          225 Market Street, Suite 304
          P.O. Box 1245
          Harrisburg, PA 17108-1245
          Telephone: (717) 233-6633
          Fax: (717) 233-7003
          Email: mfaherty@laverylaw.com
          Attorney for Defendants

## CERTIFICATE OF SERVICE

I, Linda S. Wallace, an employee with the law firm of Lavery Faherty Patterson, do hereby certify that on this 31 day of December, 2013, I served a true and correct copy of the foregoing ***Defendants' Answer to Plaintiff's Rule 59(e) Motion to Alter, Amend, and/or Reconsider Judgment*** U.S. Middle District Court's electronic case filing system, addressed as follows:

Courtney S. Schorr, Esquire
cschorr@mcguirewoods.com

Erin N. Fischer, Esquire
efischer@mcguirewoods.com

John D. Wilburn, Esquire
jwilburn@mcguirewoods.com

M. Melissa Glassman, Esquire
mglassman@mcguirewoods.com

*Attys for Columbia Gas Transmission, LLC*


/s/Linda S. Wallace
Linda S. Wallace
Legal Assistant to Michael F. Faherty, Esquire

This document has also been electronically filed and is available for viewing and downloading from the ECF system.