IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Williamsport Division*

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>1.01 ACRES, MORE OR LESS IN PENN TOWNSHIP, YORK COUNTY, PENNSYLVANIA, et al.,<br><br>  Defendants. | Civil Action # 4:13-CV-00778-MWB |

**PLAINTIFF'S REQUEST FOR HEARING ON ITS RULE 59(E) MOTION TO ALTER, AMEND, AND/OR RECONSIDER JUDGMENT**

Plaintiff Columbia Gas Transmission, LLC ("Columbia"), by counsel, hereby requests a hearing on its Rule 59(e) Motion to Alter, Amend, and/or Reconsider Judgment at a date and time to be determined by this Court.

Dated: January 30th, 2013

Respectfully submitted,

**COLUMBIA GAS TRANSMISSION, LLC**

By Counsel

      /s/ John D. Wilburn
Erin N. Fischer
PA Bar No. 93155
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222-3142

1

P: 412-667-7919
F: 412-667-7974
E-Mail: efischer@mcguirewoods.com

*Of Counsel:*
M. Melissa Glassman (VA Bar No. 27526)
(admitted *pro hac vice*)
John D. Wilburn (VA Bar No. 41141)
(admitted *pro hac vice*)
Courtney S. Schorr (VA Bar No. 65971)
(admitted *pro hac vice*)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia 22102
P: 703-712-5000
F: 703-712-5050
E-mail: mglassman@mcguirewoods.com
E-mail: jwilburn@mcguirewoods.com
E-mail: cschorr@mcguirewoods.com

*Counsel for Plaintiff*
*Columbia Gas Transmission, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2014 a true copy of the foregoing was filed electronically and thereby served on:

>Michael F. Faherty, Esquire
>225 Market Street, Suite 304
>P. O. Box 1245
>Harrisburg, PA 17108-1245
>*Counsel for Defendants*

>   /s/ John D. Wilburn
>John D. Wilburn
>McGuireWoods LLP
>1750 Tysons Boulevard, Suite 1800
>Tysons Corner, Virginia 22102
>P: 703-712-5000
>F: 703-712-5050
>E-mail: jwilburn@mcguirewoods.com