IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION, LLC, | : | Case No. 4:13-cv-00778 |
| Plaintiff | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| 1.01 ACRES, MORE OR LESS IN PENN TOWNSHIP, YORK COUNTY, PENNSYLVANIA, LOCATED ON TAX ID# 440002800150000000, OWNED BY DWAYNE P. BROWN AND ANN M. BROWN, et al., | : | |
| Defendants. | : | |
| COLUMBIA GAS TRANSMISSION, LLC, | : | Case No. 4:13-cv-00783 |
| Plaintiff | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| 101 ACRES, AND 41,342 SQ. FT. MORE OR LESS IN HEIDELBERG TOWNSHIP, YORK COUNTY, PENNSYLVANIA, LOCATED ON TAX ID# 30000EE01600000000, OWNED BY BRADLEY E. HERR AND ELIZABETH M. HERR, et al., | : | |
| Defendants. | : | |

|  |  |  |
|---|---|---|
| COLUMBIA GAS TRANSMISSION, LLC, | : | Case No. 4:13-cv-00785 |
| Plaintiff | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| 1.5561 ACRES, MORE OR LESS IN HEIDELBERG TOWNSHIP, YORK COUNTY, PENNSYLVANIA, LOCATED ON TAX ID# 30000ED010300000000, OWNED BY MYRON A. HERR AND MARY JO HERR, et al., | : | |
| Defendants. | : | |
| COLUMBIA GAS TRANSMISSION, LLC, | : | Case No. 4:13-cv-00786 |
| Plaintiff | : | |
| | : | (Judge Brann) |
| v. | : | |
| 1.010 ACRES, MORE OR LESS IN PENN TOWNSHIP, YORK COUNTY, PENNSYLVANIA, LOCATED ON TAX ID# 44000280024000000, OWNED BY DOUGLAS W. HILYARD AND TESSA J. HILYARD, et al., | : | |
| Defendants. | : | |

**ORDER**

**May 20, 2014**

In accordance with the Memorandum filed this same date **IT IS HEREBY**

**ORDERED**:

1. Plaintiff's motion to alter or amend judgment in 4:13-cv-00778 (ECF No. 47) is DENIED; defendants's motion at ECF No. 60 is DENIED as moot; and plaintiff's motion at ECF No. 63 is DENIED as moot.

2. Plaintiff's motion to alter or amend judgment in 4:13-cv-00783 (ECF No. 47) is DENIED; defendants's motion at ECF No. 60 is DENIED as moot; and plaintiff's motion at ECF No. 64 is DENIED as moot.

3. Plaintiff's motion to alter or amend judgment in 4:13-cv-00785 (ECF No. 50) is DENIED; defendants's motion at ECF No. 63 is DENIED as moot; and plaintiff's motion at ECF No. 66 is DENIED as moot.

4. Plaintiff's motion to alter or amend judgment in 4:13-cv-00786 (ECF No. 49) is DENIED; defendants's motion at ECF No. 62 is DENIED as moot; and plaintiff's motion at ECF No. 65 is DENIED as moot.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge