IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Williamsport Division*

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>1.010 ACRES, MORE OR LESS IN PENN TOWNSHIP, YORK COUNTY, PENNSYLVANIA, et al.,<br><br>    Defendants. | Case No. 4:13-CV-00778-MWB |

## **AMENDED NOTICE OF APPEAL**

Plaintiff Columbia Gas Transmission, LLC, by its undersigned counsel, and pursuant to Fed. R. of App. P. 4(B)(ii), gives amended notice of its appeal to the United States Court of Appeals for the Third Circuit from the Order entered in this action on October 24, 2013 (ECF No. 39), from the Order entered in this action on November 15, 2013 (ECF No. 42), and from the Order entered in this action on May 20, 2014 (ECF No. 66), as well as from all other adverse rulings in this case.

Dated:  May 22, 2014

Respectfully submitted,

**COLUMBIA GAS TRANSMISSION, LLC**

By Counsel

     /s/ Anastasia P. Cordova
Erin N. Fischer
PA Bar No. 93155
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222-3142
P: 412-667-7919
F: 412-667-7974
E-Mail:  efischer@mcguirewoods.com

*Of Counsel:*
M. Melissa Glassman (VA Bar No. 27526)
(admitted *pro hac vice*)
John D. Wilburn (VA Bar No. 41141)
(admitted *pro hac vice*)
Anastasia P. Cordova (VA Bar No. 78936)
(admitted *pro hac vice*)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia 22102
P: 703-712-5000
F: 703-712-5050
E-mail: mglassman@mcguirewoods.com
E-mail: jwilburn@mcguirewoods.com
E-mail: acordova@mcguirewoods.com

*Counsel for Plaintiff*
*Columbia Gas Transmission, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May, 2014, a true copy of the foregoing Notice of Appeal was filed electronically and thereby served on:

>Michael F. Faherty, Esquire
>225 Market Street, Suite 304
>P. O. Box 1245
>Harrisburg, PA 17108-1245
>*Counsel for Defendants*

>    /s/ Anastasia P. Cordova
>Anastasia P. Cordova
>McGuireWoods LLP
>1750 Tysons Boulevard, Suite 1800
>Tysons Corner, Virginia 22102
>P: 703-712-5000
>F: 703-712-5050
>E-mail: acordova@mcguirewoods.com