IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Williamsport Division*

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> 1.010 ACRES, MORE OR LESS IN PENN TOWNSHIP, YORK COUNTY, PENNSYLVANIA, et al., <br><br> Defendants. | Case No. 4:13-CV-00778-MWB |

**CERTIFICATE THAT NO TRANSCRIPT OF THE MARCH 7, 2014, HEARING ON PLAINTIFF'S RULE 59(E) MOTION TO ALTER, AMEND AND/OR RECONSDIER JUDGMENT WILL BE ORDERED**

On March 21, 2014, Plaintiff Columbia Gas Transmission, LLC ("Columbia") learned from the law clerk of the Honorable Matthew W. Brann that the March 7, 2014, telephonic hearing on Columbia's Rule 59(e) Motion to Alter, Amend and/or Reconsider Judgment ("Motion") was neither recorded nor transcribed.

Pursuant to Rule 10(b)(1)(B) of the Federal Rules of Appellate Procedure, Columbia hereby states and certifies that a transcript of the hearing on the Motion is not necessary for the resolution of the issues being appealed and that Appellant will not order a transcript of the March 7, 2014, hearing on the Motion. Columbia

previously submitted into the Court the transcript of the October 10, 2013, hearing on Columbia's Motion for Partial Summary Judgment and Immediate Possession.

Dated:  May 23, 2014                     Respectfully submitted,

**COLUMBIA GAS TRANSMISSION, LLC**

By Counsel

           /s/ Anastasia P. Cordova
Erin N. Fischer
PA Bar No. 93155
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222-3142
P: 412-667-7919
F: 412-667-7974
E-Mail:  efischer@mcguirewoods.com

*Of Counsel:*
M. Melissa Glassman (VA Bar No. 27526)
(admitted *pro hac vice*)
John D. Wilburn (VA Bar No. 41141)
(admitted *pro hac vice*)
Anastasia P. Cordova (VA Bar No. 78936)
(admitted *pro hac vice*)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia 22102
P: 703-712-5000
F: 703-712-5050
E-mail: mglassman@mcguirewoods.com
E-mail: jwilburn@mcguirewoods.com
E-mail: acordova@mcguirewoods.com
*Counsel for Plaintiff*
*Columbia Gas Transmission, LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 23nd day of May, 2014, a true copy of the foregoing Certificate That No Transcript of the March 7, 2014 Hearing on Plaintiff's Rule 59(E) Motion to Alter, Amend and/or Reconsider Judgment Will be Ordered was filed electronically and thereby served on:

>Michael F. Faherty, Esquire
>225 Market Street, Suite 304
>P. O. Box 1245
>Harrisburg, PA 17108-1245
>*Counsel for Defendants*

>   /s/ Anastasia P. Cordova
>Anastasia P. Cordova
>McGuireWoods LLP
>1750 Tysons Boulevard, Suite 1800
>Tysons Corner, Virginia 22102
>P: 703-712-5000
>F: 703-712-5050
>E-mail: acordova@mcguirewoods.com